| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Mihm, Michael M. | 2. Court or Organization<br><br>Central District of Illinois | 3. Date of Report<br><br>5/6/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>204 Federal Building<br>100 N.E. Monroe<br>Peoria, IL 61602 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Abraham Lincoln Inns of Court - Peoria |
| 2. | Board of Directors | Forest Park Foundation - Peoria |
| 3. | Board of Directors | U.S. Russia Foundation for Economic Advancement & Rule of Law |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

DISCLOSURE OFFICE   FINANCIAL   2009 MAY 13 P 3: 18   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/6/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | John Marshall Law School - Adjunct Professor of Law - Taught two week long accelerated trial advocacy courses in calendar year 2009. (Cont. Part VIII) | $12,000 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Russian Foundation for Economic Advancement & Rule of Law | 1/13/2009-1/15/2009 | New York, NY | Board Meeting | Transportation, loding, food, misc. |
| 2. | U.S. Russian Foundation for Economic Advancement & Rule of Law | 2/12/2009 | Peoria, IL | Misc. Expenses | Gifts for foreign judges. |
| 3. | U.S. Russian Foundation for Economic Advancement & Rule of Law | 2/22/2009 - 2/27/2009 | Moscow, Russia | Meet w/ Various Russian Judiciary | Transportation, loding, food, misc. |
| 4. | U.S. Russian Foundation for Economic Advancement & | 3/25/2009 - 3/27/2009 | New York, NY | Board Meeting | Transportation, loding, food, misc. |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/6/2010 |

Rule of Law

| | | | | | |
|---|---|---|---|---|---|
| 5. | U.S. Russian Foundation for Economic Advancement & Rule of Law | 9/8/2009 | Chicago, IL | Meet w/ Various Russian Judiciary | Transportation, food, misc. |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/6/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New York Life Insurance Company | Loan on value of whole life insurance | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/6/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AXA Elite Annuity (see explanation Part VIII) | A | Dividend | L | T | | | | | |
| 2. Morgan Stanley Nationwide Elite Venue IRA (See Part 8) | A | Dividend | K | T | | | | | |
| 3. Morgan Stanley Fund Solutions IRA(see explanation Part VIII) | A | Dividend | K | T | | | | | |
| 4. Morgan Stanley Active Asset Money Trust and Money Market | A | Interest | K | T | | | | | |
| 5. Southside Bank Savings | A | Interest | J | T | | | | | |
| 6. Southside Bank Savings )(See exp. Part VIII) | | None | K | T | | | | | |
| 7. U.S. Treasury 1 Bond | A | Interest | J | T | | | | | |
| 8. U.S. Treasury 1 Bond | A | Interest | J | T | | | | | |
| 9. U.S. Treasury 1 Bond | A | Interest | J | T | | | | | |
| 10. U.S. Treasury 1 Bond | A | Interest | J | T | | | | | |
| 11. Allianz CCM Mid CAPA M/F | A | Dividend | J | T | | | | | |
| 12. Seligman Large Cap Val A | A | Dividend | J | T | | | | | |
| 13. Davis Real Estate A M/F | A | Dividend | J | T | | | | | |
| 14. Fidelity Adv Dvrsfd Int A M/F | A | Dividend | J | T | | | | | |
| 15. American GR FD of America F M/F | A | Dividend | J | T | | | | | |
| 16. Perkins Mid Cap Value Inv | A | Dividend | J | T | | | | | |
| 17. Pimco Total Return A M/F | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q -Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S -Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/6/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vitrus Multi-Sector S/T BD A (fka Phoenix MultiSector M/F | A | Dividend | J | T | | | | | |
| 19. RS Partners Fund A M/F | | None | J | T | | | | | |
| 20. T Rowe Price Eqi-Inc Adv M/F | A | Dividend | J | T | | | | | |
| 21. Lazard Emerging Markets M/F | A | Dividend | J | T | | | | | |
| 22. Thornburg Int. Value A M/F | A | Dividend | J | T | | | | | |
| 23. Legg Mason PRTNRS IN-TRM Munic C (See exp. part VIII) | A | Interest | | | Sold | 02/03/09 | K | | |
| 24. New York Life Insurance Whole Life (See exp. part VIII) | A | Dividend | J | T | | | | | |
| 25. EQ/PIMCO Ultra | A | Dividend | J | T | | | | | |
| 26. EQ/Int. Core Plus | A | Dividend | J | T | | | | | |
| 27. EQ/Cap. Guardian Research | A | Dividend | J | T | | | | | |
| 28. EQ/Equity Growth Plus | A | Dividend | J | T | | | | | |
| 29. EQ/Gamco Small Cp. Value | A | Dividend | J | T | | | | | |
| 30. EQ/Gamco Merger Acquisit | A | Dividend | J | T | | | | | |
| 31. EQ/ Mid Cap Val Plus | A | Dividend | J | T | | | | | |
| 32. EQ/Van Kampen Comstock | A | Dividend | J | T | | | | | |
| 33. NW NVIT Inv. Dest. Moda ggR2 | A | Dividend | J | T | | | | | |
| 34. MVA/GTO 5 year | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/6/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Continued explanation from Part III-A, line 1 - Courses taught January and August. Vacation time was used. $6,000 for January session, $6,000 for August session.

Part VII - line 1 - AXA Elite Annuity is invested 9 mutual funds - those are listed in Part VII, lines 25-32.

Part VII - line 2 - Morgan Stanley ▓ Nationwide Venue IRA. Two Mutual funds in IRA. They are now listed on lines 33 & 34. No change from last year

Part VII - line 3 - Morgan Stanely Fund solutions IRA. I have had this since 2007. The mutual funds in which the IRA are invested are listed on lines 11 - 22. In last year's report these mutual funds were all reported but I failed to report that they were in my IRA.

Part VII - line 5 - South Side Savings Bank ▓ ▓▓▓▓▓▓▓▓▓▓▓ checking account.

Part VII - line 12 - DWS Dreman High Return Equ M/F name changed to Seligman Large Cap Val A

Part VII - line 16 - Janus Midcap value Inv M/F name changed to Perkins Mid Cap Val Inv.

Part VII - line 22 - Legg Mason Prtnrs IN-TRM Muni C. Money from sale went into Morgan Stanley active Trust/Money Market.

Part VII - line 23 - New York Life Insurance Whole Life Policies. Have had these policies for many years. Dividends used to pay part of interst on the debt of the policies.

Part VII - line 25 - Eqa/AXA Rosenberg Value name changed to EQ/PIMCO Ultra.

Part VII - line 28 - EQ/Marisco Focus named changed to EQ/Equity Growth Plus.

Part VII - line 31 - EQ Lord Abbott Mid Cap UA and EQ Van Kampen Real Estate merged under new name - EQ/Mid Cap Value Plus.

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 5/6/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned Income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544